# EXHIBIT A

**RESOLUTE, APC**
JESSICA S. PLINER, SB# 261976
E-Mail: jessica@resoluteapc.com
ELENO NUNEZ GONZALEZ, SB# 332555
E-Mail: eleno@resoluteapc.com
ALLEGRA DARIEV, SB# 340201
E-Mail: allegra@resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415-843-5487

Attorneys for Defendants
KIMCO REALTY CORPORATION and
KIMCO REALTY OP, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF PLACER

| | |
|---|---|
| JUSYLEN GUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, COUNTY OF PLACER, STATE OF CALIFORNIA, THE FUTON SHOP and DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO. S-CV-0054851<br><br>**DEFENDANT KIMCO REALTY CORPORATION'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**<br><br>Action Filed: March 20, 2025<br>Trial Date: Not Set |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on January 8, 2026, Defendant Kimco Realty Corporation, by and through its counsel, filed the attached Notice pursuant to 28 U.S.C. §§ 1332(a), 1441(b) (subject matter jurisdiction), and Fed. R. Civ. P. 81(c) with the Clerk of the Court for the United States District Court, Eastern District, and the supporting pleadings to accomplish the removal of this action pending in the Superior Court of the State of California, in and for the County of Placer, entitled *Jusylen Gunter v. City of Roseville, et al.*, Case No. S-CV-0054851.

1. This action now will be placed on the docket of the aforementioned District Court for all further proceedings.

DATED: January 8, 2026

**RESOLUTE, APC**

By: ______________________
Jessica S. Pliner
Allegra Dariev
Attorneys for Defendants
KIMCO REALTY CORPORATION and KIMCO REALTY OP, LLC

**CALIFORNIA STATE COURT PROOF OF SERVICE**

*Jusylen Gunter v. City of Roseville, et al.*
Placer County Superior Court Case No. S-CV-0054851

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On January 8, 2026, I served the following document(s):

**DEFENDANT KIMCO REALTY CORPORATION'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sharona Eslamboly Hakim, Esq.
Law Offices of Sharona Eslamboly Hakim
8730 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211

Attorneys for Plaintiff
JUSYLEN GUNTER

Tel: (310) 289-9100
Email: sharona@sehlawfirm.com
Email: geoffrey@sehlawfirm.com
Email: litigation@sehlawfirm.com
Email: arpinea@sehlawfirm.com
Email: armin@sehlawfirm.com
Email: jteran@sehlawfirm.com
Email: douglasm@sehlawfirm.com

The documents were served by the following means:

☒ (BY ELECTRONIC TRANSMISSION ONLY) Only by e-mailing the document(s) to the persons at the e-mail address(es) listed above based on confirmation from counsel pursuant to CCP 1010.6l. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 8, 2026, at Brentwood, California.

Shari Hiibel