SHARONA ESLAMBOLDY-HAKIM, Esq. (SBN 180998)
sharona@sehlawfirm.com
ARMIN ABAZARI, DPM, Esq. (SBN 335410)
geoffrey@sehlawfirm.com
**LAW OFFICES OF SHARONA ESLAMBOLY HAKIM**
8730 Wilshire Blvd., Ste. 500
Beverly Hills, CA 90211
Tel: (310) 289-9100

Attorney for Plaintiff
JUSYLEN GUNTER

**RESOLUTE, APC**
JESSICA S. PLINER, Esq. (SBN 261976)
Jessica@Resoluteapc.com
ELENO NUNEZ GONZALE, Esq. (SBN 332555)
Eleno@Resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415.843.5487

Attorneys for Defendants
KIMCO REALTY CORPORATION and
KIMCO REALTY OP, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JUSYLEN GUNTER, an individual,

Plaintiff,

v.

KIMCO REALTY CORPORATION; and KIMCO REALTY OP, LLC,

Defendants.

Case No. 2:26-cv-00068-TLN-CSK

**ORDER GRANTING JOINT STIPULATION LIMITING PLAINTIFF JUSYLEN GUNTER'S DAMAGES BELOW $75,000 AND REMANDING TO STATE COURT**

Complaint Filed: March 30, 2025
Removal Date: January 8, 2026

The Court, having reviewed the parties' Joint Stipulation Limiting Plaintiff Jusylen Gunter's Damages Below $75,000 and Jointly Requesting Remand ("Stipulation"), and good cause appearing therefor, hereby ORDERS as follows:

1. The parties' joint request to remand is GRANTED;

2. This action is REMANDED to the Superior Court of California, County of Placer, Case No. S-CV-0054851, for all further proceedings;

3. In the event that, notwithstanding the Stipulation, Plaintiff at any time seeks, demands, claims, or recovers damages exceeding $74,999.99, such conduct shall constitute a change in the amount in controversy, and Defendants may remove this action to this Court; Plaintiff has consented to such removal, agreed not to oppose or seek remand of it, and waived any objection to such removal, including any objection based on the timeliness of removal or the one-year limitation set forth in 28 U.S.C. § 1446(c)(1);

4. The Clerk of Court is directed to take all steps necessary to effectuate the remand of this action, including transmitting a certified copy of this Order to the Clerk of the Superior Court of California, County of Placer, and providing the state court with such further records, documents, and information from the case file as may be necessary to complete the remand; and

5. The Clerk of Court is further directed to close this case.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Troy L. Nunley
Chief United States District Judge